AO 91 (Rev. 01/09)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

for the

District of Vermont

2010 APR 27  PM 3:42

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Lisa Miller<br><br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.  2:10-mj-74-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __09/22/2009 to the present__ in the county of _____ in the _____ District of

__Vermont__ , the defendant violated __18__ U. S. C. § __1204__ , an offense described as follows:

removing a child from the United States, and retaining a child (who has been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dana Kaegel, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __04/27/2010__

_____
*Judge's signature*

City and state:  __Burlington, Vermont__

John M. Conroy, U.S. Magistrate Judge
*Printed name and title*