UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:10-mj-00074-1 |
| | ) | |
| LISA MILLER, | ) | |
|     Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Complaint against Lisa Miller, the defendant, without prejudice, in the above-captioned case. Ms. Miller's criminal prosecution was transferred to the Western District of New York after this complaint was issued. In 2014, Ms. Miller was indicted in New York and a new arrest warrant was issued. She was arrested on the New York warrant in early 2021 after returning to the United States. She is currently awaiting trial in the Western District of New York.

Dated at Burlington, in the District of Vermont, this 20th day of July, 2021.

Respectfully submitted,

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
Acting United States Attorney

By:   */s/ Paul J. Van de Graaf*
      PAUL J. VAN DE GRAAF
      Assistant United States Attorney
      Burlington, VT 05402-0570
      (802) 951-6725

Leave of Court is granted for the filing of the foregoing dismissal and the Complaint is hereby dismissed.

Date_____

_____
Hon. Judge William K. Sessions III

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:10-mj-00074-1 |
| | ) | |
| LISA MILLER, | ) | |
|     Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Santiago Romero, Legal Assistant for the United States Attorney for the District of Vermont, do hereby certify that on July 20, 2021, I electronically filed the **NOTICE OF DISMISSAL** with the Clerk of the Court using the CM/ECF system. On the same day, I transmitted a true and correct copy of the foregoing filing via First Class mail to:

> Daniel Boyce, Esq.
> Nexsen Pruet, PLLC
> 4141 Parklake, Suite 200
> Raleigh, NC 27612

> */s /Santiago Romero*
> Legal Assistant
> District of Vermont
> P.O. Box 570
> Burlington, VT 05402
> (802) 951-6725

3